SIMEON M. BARBER, Respondent, *v.* ABEDNEGO DEWES, Appellant.

*Barber* v. *Dewes*, 101 App. Div. 432, affirmed.
(Argued February 8, 1906; decided February 27, 1906.)

APPEAL from a judgment of the Appellate Division of the Supreme Court in the first judicial department, entered February 23, 1905, affirming a judgment in favor of plaintiff

entered upon a verdict and an order denying a motion for a new trial.

*Nelson Zabriskie* for appellant.

*Frank G. Wild* for respondent.

Judgment affirmed, with costs; no opinion.

Concur: CULLEN, Ch. J., GRAY, EDWARD T. BARTLETT, HAIGHT, VANN, WILLARD BARTLETT and CHASE, JJ.